UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                                                      CASE NO. 09-40349-LMK

William Jeffrey Ard and
Lisa Chrisine Ard,

    Debtor.
_____/

PLEASE TAKE NOTICE that John A. Grant and the law firm of Hayward & Grant, P.A., 2121-G Killarney Way, Tallahassee, FL 32309, hereby enter this appearance as counsel in the above-referenced matter on behalf of Creditor, The Bank of Tallahassee, now known as Florida Bank.  Creditor hereby requests that any and all notices required under the Bankruptcy Rules and the Bankruptcy Code, as well as all documents of any nature filed by or with the court, the Debtor, or any other party in interest, be sent to John A. Grant at the address above.

                                            HAYWARD & GRANT, P.A.

                                      BY:/s/ John A. Grant_____
                                         John A. Grant
                                         FL BAR NO. 0946532
                                         2121-G Killarney Way
                                         Tallahassee, FL  32309
                                         (850) 386-4400
                                         (850) 386-7444 fax
                                         Attorneys for The Bank of Tallahassee

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 27, 2009, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Parties list for Case No.: 09-40349-LMK. Counsel of record currently identified on the Parties list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF.

/s/John A. Grant
Attorney